

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

JUAN G. REYNOSO

**Civil Action No.**   18CV264-JLS (AGS)

**Plaintiff,**

**V.**

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses with prejudice Plaintiff's claims against Defendant United States of America.

**Date:**   4/24/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Lozano

M. Lozano, Deputy